**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \*

| | |
|---|---|
| DEIRDRE JACQUOT, | CASE NO. 1:15-cv-01385 -AWI-SKO |
| Plaintiff, | SECOND STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FASHION CITY, RIAZ SHEIK AND RAZIA SHEIK TO RESPOND TO COMPLAINT; ORDER THEREON |
| vs. | |
| FASHION CITY, RIAZ SHEIK AND RAZIA SHEIK, TRUSTEES OF THE SHEIK FAMILY LIVING TRUST 2-11-02, | |
| Defendants. | |

WHEREAS:

1. Plaintiff DEIRDRE JACQUOT filed his amended complaint in this action on September 22, 2015.

2. This is the second request for an extension of time for FASHION CITY, RIAZ SHEIK and RAZIA SHEIK ("Defendants"). A previous extension of time was granted by the plaintiff within the statutory allowance; thus, court approval is required for a further extension of time.

3. Plaintiff and Defendants are in settlement negotiations at this time.

4. Defendants have had a CASp inspection performed and are waiting for a report to be prepared so that a settlement can be finalized.

5. The parties agree that settlement of this case would save valuable court time and resources.

6. The parties have agreed to extend Defendants' time to respond to the complaint until

Jacquot v Fashion City, et al.
Second Stipulation and Order For Extension of Time; ORDER THEREON     Case No. 1:  15-cv-01385

1

1  November 30, subject to the court's approval, and believe that the case can be settled within
2  that time.
3  7.  This extension of time will not alter any date or event already set by Court order, including
4  the mandatory scheduling conference.
5  NOW THEREFORE, Defendants through their attorneys, and Plaintiff DEIRDRE
6  JACQUOT through his attorneys, hereby stipulate and agree that the time for FASHION CITY,
7  RIAZ SHEIK and RAZIA SHEIK to answer or otherwise respond to the Complaint shall be
8  extended up to and including November 30, 2015, pending court approval.
9  IT IS SO STIPULATED.
10 Dated: October 29, 2015              /s/Layne Haden
                                       Layne Haden, Attorney for Plaintiff Deirdre Jacquot
11
12
13 Dated: October 29, 2015              /s/Bruce A. Neilson
                                       Bruce A. Neilson, Attorney for Defendants
14                                     Fashion City, Riaz Sheik and Razia Sheik
15
16
                              **ORDER**
17
18 Pursuant to the parties' stipulation, Defendants shall file a response to the complaint by no
19 later than November 30, 2015.
20
21 IT IS SO ORDERED.
22 Dated:  **November 9, 2015**              /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28

2

Jacquot v Fashion City, et al.
Second Stipulation and Order For Extension of Time; ORDER THEREON    Case No. 1:  15-cv-01385